Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

# CIVIL APPEAL STATEMENT

*Please TYPE. Attach additional pages if necessary.*

11th Circuit Docket Number: 26-13386-B

Caption:

ICEBREAKERS, et al.

v.

NUÑEZ, et al.

District and Division: Southern District of Florida, Miami Division
Name of Judge: Judge Jacqueline Becerra
Nature of Suit: Constitutional Rights, First Amendment

Date Complaint Filed: August 11, 2026
District Court Docket Number: 1:26-cv-25395

Date Notice of Appeal Filed: September 21, 2026
☐ Cross Appeal ☐ Class Action

Has this matter previously been before this court?
☐ Yes ☑ No
If Yes, provide
(a) Caption: ____
(b) Citation: ____
(c) Docket Number: ____

| | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| For Appellant:<br>☐ Plaintiff<br>☑ Defendant<br>☐ Other (Specify) | See Attachment A | | |
| For Appellee:<br>☑ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | See Attachment A | | |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question | ☐ Final Judgment, 28 USC 1291 | ☐ Dismissal/Jurisdiction | Amount Sought by Plaintiff: $____ |
| ☐ Diversity | ☐ Interlocutory Order, 28 USC 1292(a)(1) | ☐ Default Judgment | Amount Sought by Defendant: $____ |
| ☐ US Plaintiff | ☐ Interlocutory Order Certified, 28 USC 1292(b) | ☐ Summary Judgment | Awarded: $____ to ____ |
| ☐ US Defendant | ☑ Interlocutory Order, Qualified Immunity | ☐ Judgment/Bench Trial | Injunctions: |
| | ☐ Final Agency Action (Review) | ☐ Judgment/Jury Verdict | ☐ TRO |
| | ☐ 54(b) | ☐ Judgment/Directed Verdict/NOV | ☑ Preliminary ☑ Granted |
| | | ☑ Injunction | ☐ Permanent ☐ Denied |
| | | ☐ Other ____ | |

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression? ☐ Yes ☑ No
What is the issue you claim is one of First Impression? ______

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute? ☐ Yes ☑ No

If Yes, provide
(a) Case Name/Statute ______
(b) Citation ______
(c) Docket Number if unreported ______

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
(a) Arises from substantially the same case or controversy as this appeal? ☐ Yes ☑ No
(b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal? ☐ Yes ☑ No

If Yes, provide
(a) Case Name ______
(b) Citation ______
(c) Docket Number if unreported ______
(d) Court or Agency ______

(4) Will this appeal involve a conflict of law
(a) Within the Eleventh Circuit? ☐ Yes ☑ No
(b) Among circuits? ☑ Yes ☐ No

If Yes, explain briefly:

Conflict/uncertainty on degree to which First Amendment time, place, and manner and forum analyses apply in the educational setting.

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

Whether provisions of FIU's expressive conduct regulation comply with the First Amendment.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS Fifth DAY OF October, 2026.

Mohammad O. Jazil
NAME OF COUNSEL (Print)

/s/ Mohammad O. Jazil
SIGNATURE OF COUNSEL

## ATTACHMENT A

### ATTORNEY FOR DEFENDANTS-APPELLANTS

**Jeanette Nuñez, in her official capacity as President of Florida International University**
**Carlos Duart, in his official capacity as Chair of the Florida International University Board of Trustees**
**Amelia Rodriguez**
**Devin Parra**
**Phillip Lloyd Hamilton**

**Holtzman Vogel Baran**
**Torchinsky & Josefiak PLLC**
Mohammad O. Jazil
mjazil@holtzmanvogel.com
119 South Monroe Street, Suite 500
Tallahassee, Florida 32301
(850) 270-5938

*Counsel for Defendants-Appellants*

### ATTORNEYS FOR PLAINTIFFS-APPELLEES

**ICEBreakers**
**Allyson Basden**
**Andrew Caro**
**Kaitlyn Daley**
**Caleb Dean**
**James Kuhlman**
**Reinier Luna**
**Katyayani Tripathi**

**ACLU Foundation of Florida**
Nicholas L.V. Warren
nwarren@aclufl.org
Caroline A. McNamara
cmcnamara@aclufl.org
Michelle Morton
mmorton@aclufl.org
Amy Godshall

agodshall@aclufl.org
Daniel B. Tilley
dtilley@aclufl.org
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-1769

**Reid Levin, PLLC**
Reid Levin
reid@reidlevinpllc.com
P.O. Box 880682
Boca Raton, FL 33488
(561) 866-6089

**Community Justice Project**
Adam C. Saper
adam@communityjusticeproject.com
Miriam Fahsi Haskell
miriam@communityjusticeproject.com
Alana Greer
alana@communityjusticeproject.com
3000 Biscayne Boulevard, Suite 106
Miami, FL 33137
(305) 907-7697

**Slater Legal PLLC**
James Slater
james@slater.legal
9000 Dadeland Boulevard, Suite 1500
Miami, FL 33156
(305) 523-9023

*Counsel for Plaintiffs-Appellees*