No. 26-13386-B

**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

*ICEBreakers, et al.*,
Plaintiffs-Appellees,

v.

*Jeanette Nuñez, et al.*,
Defendants-Appellants.

U.S. District Court for the Southern District of Florida, No. 1:26-cv-25395-JB
(Becerra, J.)

# DEFENDANTS-APPELLANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Mohammad O. Jazil
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 South Monroe Street, Suite 500
Tallahassee, Florida 32301
(850) 270-5938

*Counsel for Defendants-Appellants*

**CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Rule 26.1 and Circuit Rule 26.1, Defendants-Appellants Jeanette Nuñez, Carlos Duart, Amelia Rodriguez, Devin Parra, and Phillip Lloyd Hamilton certify that the following have an interest in the outcome of this case.

1. American Civil Liberties Union Foundation of Florida
2. Basden, Allyson, *Plaintiff-Appellee*
3. Becerra, Hon. Jacqueline, *United States District Judge*
4. Caro, Andrew, *Plaintiff-Appellee*
5. Community Justice Project
6. Daley, Kaitlyn, *Plaintiff-Appellee*
7. Dean, Caleb, *Plaintiff-Appellee*
8. Duart, Carlos, *Defendant-Appellant*
9. Eriks, Sharee D., *Attorney for Defendants-Appellants*
10. Florida International University
11. Gamundi, Francisco, *Declarant for Defendants-Appellants*
12. Godshall, Amy Nicole, *Attorney for Plaintiffs-Appellees*
13. Greer, Alana J., *Attorney for Plaintiffs-Appellees*
14. Hamilton, Phillip Lloyd, *Defendant-Appellant*
15. Haskell, Miriam Fahsi, *Attorney for Plaintiffs-Appellees*

16. Holtzman Vogel Baran Torchinsky & Josefiak PLLC, *Attorneys for Defendants-Appellants*
17. ICEBreakers, *Plaintiff-Appellee*
18. Jazil, Mohammad O., *Attorney for Defendants-Appellants*
19. Kelley, Ryan, *Attorney for Defendants-Appellants*
20. Kuhlman, James, *Plaintiff-Appellee*
21. Levin, Reid Elliot, *Attorney for Plaintiffs-Appellees*
22. Luna, Reinier, *Plaintiff-Appellee*
23. McNamara, Caroline Andrews, *Attorney for Plaintiffs-Appellees*
24. Morton, Michelle, *Attorney for Plaintiffs-Appellees*
25. Nuñez, Jeanette, *Defendant-Appellant*
26. Parra, Devin, *Defendant-Appellant*
27. Purpuro, Alexander M., *Attorney for Defendants-Appellants*
28. Reid Levin, PLLC, *Attorneys for Plaintiffs-Appellees*
29. Rodriguez, Amelia, *Defendant-Appellant*
30. Saper, Adam Cardon, *Attorney for Plaintiffs-Appellees*
31. Slater Legal PLLC, *Attorneys for Plaintiffs-Appellees*
32. Slater, James Murray, *Attorney for Plaintiffs-Appellees*
33. Tilley, Daniel Boaz, *Attorney for Plaintiffs-Appellees*
34. Torres, Hon. Edwin G., *United States Magistrate Judge*

35. Tripathi, Katyayani, *Plaintiff-Appellee*

36. Warren, Nicholas Lyndol Villacor, *Attorney for Plaintiffs-Appellees*

Per Circuit Rule 26.1-2(c), Defendants-Appellants certify that the CIP contained herein is complete. Pursuant to Circuit Rule 26.1-3, Defendants-Appellants certify that no publicly traded company or corporation has an interest in the outcome of the case or appeal.

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1(a), Defendant-Appellant Jeanette Nuñez states that she is the President of Florida International University, a public university and governmental entity of the State of Florida. Defendant-Appellant Carlos Duart states that he is the Chairman of the Florida International University Board of Trustees. Defendant-Appellant Amelia Rodriguez states that she is the Associate Director of Student Conduct and Academic Integrity at Florida International University. Defendant-Appellant Devin Parra states that he is the Assistant Dean of Students for Student Conduct and Academic Integrity at Florida International University. Defendant-Appellant Phillip Lloyd Hamilton states that he is the Assistant Vice President of Student Belonging and Support at Florida International University. Florida International University does not have any subsidiaries, conglomerates, affiliates, or parent corporations, and no publicly held corporation owns any stock in it. In an abundance of caution, Defendants-Appellants note that three (3) Florida International

University direct-support organizations have been created pursuant to state law: FIU Athletics Finance Corporation; Florida International University Foundation, Inc.; and Florida International University Research Foundation, Incorporated. In addition, two (2) Florida International University health services support organizations have been created under state law: The Florida International University Children's Alliance for Research and Education, Inc., and The Florida International University Health Care Network, Inc.

Dated: October 5, 2026

/s/ Mohammad O. Jazil
Mohammad O. Jazil
*Counsel for Defendants-Appellants*

Dated: October 5, 2026

/s/ Mohammad O. Jazil
Mohammad O. Jazil
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 South Monroe Street, Suite 500
Tallahassee, Florida 32301
(850) 270-5938
mjazil@holtzmanvogel.com
kgordon@holtzmanvogel.com

*Counsel for Defendants-Appellants*

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing complies with the typeface and type-style requirements of Rule 32.

Dated: October 5, 2026

/s/ Mohammad O. Jazil
Mohammad O. Jazil

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing certificate was filed on ECF. It was also emailed to Plaintiffs' counsel.

Dated: October 5, 2026

/s/ Mohammad O. Jazil
Mohammad O. Jazil