# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 13, 2026

Mohammad O. Jazil
Holtzman Vogel
119 S MONROE ST STE 500
TALLAHASSEE, FL 32301

Appeal Number: 26-13386-B
Case Style: ICEBreakers, et al v. Jeanette Nunez, et al
District Court Docket No: 1:26-cv-25395-JB

## DISMISSAL NOTICE

Pursuant to 11th Cir. R. 42-1(b), **this appeal will be dismissed without further notice upon the expiration of 14 days from the date of this notice** unless:

You make satisfactory financial arrangements for transcript preparation with the court reporter as required by FRAP 10(b)(4). In the alternative, you may file, within 14 days of the date of this notice, a certificate stating that no transcript will be ordered. See FRAP 10(b)(1)(B).

Note to Counsel: 11th Cir. R. 42-1(b) provides that "If an appellant is represented by appointed counsel, the clerk may refer the matter to the court for possible disciplinary action against counsel in lieu of dismissal." Eleventh Circuit IOP 1 to FRAP 26 provides that "Failure to timely file required documents . . . may result in possible disciplinary action against counsel as described in Addendum Eight."

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

DIS-1 Deficiency