**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 16, 2026

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 26-13386-JJ
Case Style: ICEBreakers, et al v. Jeanette Nunez, et al
District Court Docket No: 1:26-cv-25395-JB

**BRIEFING NOTICE**

Briefing and Appendix Deadlines
Pursuant to 11th Cir. R. 31-1(a), the appellant's brief is due **November 2, 2026**. The appendix is due 7 days after the appellant's brief is filed. An incarcerated pro se party is not required to file an appendix.

The appellee's brief is due within 30 days after the service of the last appellant's brief. The appellant's reply brief, if any, is due within 21 days after the service of the last appellee's brief. This is the only notice you will receive regarding the due date for briefs and appendices.

Form
Please see FRAP 32(a) and the corresponding circuit rules for information on the form of briefs and FRAP 32(b) and 11th Cir. Rules 30-1 and 30-2 for information on the form of appendices.

Paper Copies of Briefs and Appendices
At the conclusion of briefing, the clerk will send a notice directing each party to send to the Court the specified number of paper copies of briefs and appendices within seven days of the notice.

If the case is classed for oral argument, the clerk will send an additional notice directing each party to send to the Court the specified number of paper copies of briefs and appendices within seven days of the date of the notice.

Paper copies of briefs and appendices must not be sent until the clerk's notice(s) is received.

Use of the ECF system does not modify the requirement that filers must also provide to the Court the required number of paper copies of briefs and appendices. See 11th Cir. Rules 30-1(d) and 31-3.

Appearance of Counsel
If you have not entered your appearance in this appeal, please note that the clerk generally may not process your filings. See 11th Cir. R. 46-6. Appearance of Counsel Forms are available on the Court's Web site. Appointed counsel are not required to file an appearance form.

Brief Compliance Check Program
The Brief Compliance Check Program automatically checks briefs for compliance with the Federal Rules of Appellate Procedure and Eleventh Circuit Rules when they are filed electronically and identifies critical deficiencies that may need to be corrected. To check a brief before filing, select "Check PDF Document" under the Utilities tab on the main CM/ECF page, then select "Check pleading for Compliance with FRAP and Local Rules," enter the case number, select the type of brief being checked, and upload the brief.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |