No. 26-13386

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

*ICEBreakers, et al.*,

*Plaintiffs-Appellees,*

v.

*Jeanette Nuñez, et al.*,

*Defendants-Appellants*.

On Appeal from the United States District Court
for the Southern District of Florida, No. 1:26-cv-25395 (Becerra, J.)

# PLAINTIFFS-APPELLEES' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT


Nicholas L.V. Warren
Caroline A. McNamara
Michelle Morton
Amy Godshall
Daniel B. Tilley
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-1769

Reid Levin
**Reid Levin, PLLC**
P.O. Box 880682
Boca Raton, FL 33488
(561) 866-6089

Adam C. Saper
Miriam Fahsi Haskell
Alana Greer
**Community Justice Project**
3000 Biscayne Boulevard, Suite 106
Miami, FL 33137
(305) 907-7697

James M. Slater
**Slater Legal PLLC**
2296 Henderson Mill Road NE, #116
Atlanta, GA 30345
(404) 458-7283

*Counsel for Plaintiffs-Appellees*

## CERTIFICATE OF INTERESTED PERSONS

Plaintiffs-Appellees certify that Defendants-Appellants' Certificate of Interested Persons (Dkt. No. 4) is correct and complete.

Plaintiffs-Appellees further certify that no publicly traded company or corporation has an interest in the outcome of this case or appeal.

## CORPORATE DISCLOSURE STATEMENT

Plaintiffs-Appellees certify that ICEBreakers has no parent corporation, and no publicly held corporation owns 10% or more of its stock. The remaining Plaintiffs-Appellees are individual persons.

October 16, 2026

*/s/ Nicholas L.V. Warren*
Nicholas L.V. Warren
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-1769
nwarren@aclufl.org

*Counsel for Plaintiffs-Appellees*