No. 26-13386-B

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

*ICEBreakers, et al.*,
Plaintiffs-Appellees,

v.

*Jeanette Nuñez, et al.*,
Defendants-Appellants.

U.S. District Court for the Southern District of Florida, No. 1:26-cv-25395-JB
(Becerra, J.)

# JOINT STIPULATION OF DISMISSAL

Nicholas L.V. Warren
ACLU FOUNDATION OF FLORIDA
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-1769

*Counsel for Plaintiffs-Appellees*

Mohammad O. Jazil
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 South Monroe Street, Suite 500
Tallahassee, Florida 32301
(850) 270-5938

*Counsel for Defendants-Appellants*

**DEFENDANTS-APPELLANTS'**
**CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Rule 26.1 and Circuit Rule 26.1, Defendants-Appellants Jeanette Nuñez, Carlos Duart, Amelia Rodriguez, Devin Parra, and Phillip Lloyd Hamilton incorporate by reference their Certificate of Interested Persons filed on October 5, 2026. 26-11906, Doc.4. Pursuant to Circuit Rule 26.1-3, Defendants-Appellants certify that no publicly traded company or corporation has an interest in the outcome of the case or appeal.

Dated: November 24, 2026

/s/ Mohammad O. Jazil
Mohammad O. Jazil

*Counsel for Defendants-Appellants*

**PLAINTIFFS-APPELLEES'**
**CERTIFICATE OF INTERESTED PERSONS**

Plaintiffs-Appellees certify that Defendants-Appellants' Certificate of Interested Persons is correct and complete.

Plaintiffs-Appellees further certify that no publicly traded company or corporation has an interest in the outcome of this case or appeal.

Dated: November 23, 2026

/s/ Nicholas L.V. Warren
Nicholas L.V. Warren

*Counsel for Plaintiffs-Appellees*

# JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), Defendants-Appellants Jeanette Nuñez, Carlos Duart, Amelia Rodriguez, Devin Parra, and Phillip Lloyd Hamilton and Plaintiffs-Appellees ICEBreakers, Allyson Basden, Andrew Caro, Kaitlyn Daley, Caleb Dean, James Kuhlman, Reinier Luna, and Katyayani Tripathi, stipulate to the dismissal of this appeal.

The parties agree that each side shall bear their own costs and court fees.

Dated: November 24, 2026

/s/ Mohammad O. Jazil
Mohammad O. Jazil (FBN 72556)
HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK PLLC
119 South Monroe Street, Suite 500
Tallahassee, FL 32301
(850) 270-5938
mjazil@holtzmanvogel.com
kgordon@holtzmanvogel.com

*Counsel for Defendants-Appellants*

Respectfully submitted,

/s/ Nicholas L.V. Warren
Nicholas L.V. Warren
Caroline A. McNamara
Michelle Morton
Amy Godshall
Daniel B. Tilley
ACLU FOUNDATION OF FLORIDA
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-1769
nwarren@aclufl.org
cmcnamara@aclufl.org
mmorton@aclufl.org
agodshall@aclufl.org
dtilley@aclufl.org

Adam C. Saper (FBN 111750)
Miriam Fahsi Haskell (FBN 69033)
Alana Greer (FBN 92423)
COMMUNITY JUSTICE PROJECT
3000 Biscayne Boulevard, Suite 106
Miami, FL 33137
(305) 907-7697

adam@communityjusticeproject.com
miriam@communityjusticeproject.com
alana@communityjusticeproject.com

Reid Levin (FBN 1038933)
REID LEVIN, PLLC
P.O. Box 880682
Boca Raton, FL 33488
(561) 866-6089
reid@reidlevinpllc.com

James Slater (FBN 111779)
SLATER LEGAL PLLC
2296 Henderson Mill Road NE, Ste. 116
Atlanta, GA 30345
(404) 458-7283
james@slater.legal

*Counsel for Plaintiffs-Appellees*

**CERTIFICATE OF COMPLIANCE**

I certify that the foregoing complies with the typeface and type-style requirements of Rule 32.

Dated: November 24, 2026

/s/ Mohammad O. Jazil
Mohammad O. Jazil